JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-07562-RGK | Date | October 19, 2021 |
|---|---|---|---|
| Title | *In Re Vitaly Ivanovich Smagin* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order of Dismissal of Appeal as Moot

On October 8, 2021, the Court issued an order ordering Appellant Vitaly Ivanovich Smagin to show cause as to why the instant appeal should not dismissed as moot. (ECF No. 25.) On October 13, 2021, Appellant responded, consenting to dismissal of the appeal. (ECF No. 26.)

Accordingly, the Court **dismisses** the action as moot.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____